UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AMBER RUPLE,

        Plaintiff,                         Case Number 17-13695
                                                      Honorable David M. Lawson

v.

PAR GROUP,

        Defendant.

_____/

## ORDER OF DISMISSAL

On February 13, 2018, the parties informed the Court by electronically-filed notice that they had reached a final settlement of all claims in this matter. The case therefore will be dismissed.

Accordingly, it is **ORDERED** that the case is **DISMISSED WITH PREJUDICE** and without costs to any party. Any party may apply to reopen the matter to enforce the settlement agreement **on or before April 14, 2018**.

                                                            s/David M. Lawson
                                                            DAVID M. LAWSON
                                                            United States District Judge

Dated: February 14, 2018

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on February 14, 2018.

                                      s/Susan Pinkowski
                                      SUSAN PINKOWSKI